IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| COUNTY OF BARRY, dba THORNAPPLE MANOR, <br><br> *Plaintiff,* <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> *Defendant.* | Case No. 1:25-cv-01099 |

**MOTION FOR A STAY OF CASE IN LIGHT OF LAPSE OF APPROPRIATIONS**

The United States of America hereby moves for a stay of the above-captioned case.

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies. The Department does not know when such funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of the case until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the

lapse in appropriations – i.e., each deadline would be extended by the total number of days of the lapse in appropriations.

    5.    Opposing counsel has no objection to this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

                          **FOR THE UNITED STATES OF AMERICA,**
                          **Defendant**

                          */s/ Kimberly R. Parke*
                          Kimberly R. Parke
                          Trial Attorney, Tax Division
                          U.S. Department of Justice
                          Post Office Box 55
                          Washington, D.C. 20044
                          (202) 353-0300 (t)
                          (202) 514-5238 (f)
                          Kimberly.Parke@usdoj.gov

Local Counsel:
TIMOTHY VERHEY
U.S. Attorney