IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| COUNTY OF BARRY, dba THORNAPPLE MANOR, <br><br> *Plaintiff,* <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> *Defendant.* | Case No. 1:25-cv-01099 |

# DEFENDANT UNITED STATES' MOTION TO LIFT STAY AND RESET DEADLINE IN LIGHT OF RESTORED GOVERNMENT FUNDING

Defendant United States of America moves to lift the stay previously granted and reset its deadline to answer or otherwise respond to the complaint accordingly. On October 20, 2025, the Court granted the United States' Motion for A Stay of Case in Light of Lapse of Appropriations. ECF No. 7.

In the evening of November 12, 2025, Congress passed a bill that, among other things, restored funding for the Department of Justice and the Internal Revenue Service. With Department operations restored on November 13, 2025, the lapse of appropriations lasted 43 days.

In its motion for stay, the United States requested that, once government funding had been restored, the Court extend deadlines "commensurate with the duration of the lapse in appropriations." ECF No. 6, ¶ .4. With funding restored and in accordance with the relief granted by the Court on October 20, 2025, the United States now asks the Court to lift the stay and reset the United States' deadline commensurate with the days of the lapse in government appropriations.

WHEREFORE, the United States moves the Court to set the United States' deadline to answer or otherwise respond to Plaintiff's complaint to January 13, 2026 - 43 days from the original deadline of December 1, 2025. Counsel for Plaintiff consents to this motion.

**FOR THE UNITED STATES OF AMERICA, Defendant**

*/s/ Kimberly R. Parke*
Kimberly R. Parke
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Washington, D.C. 20044
(202) 353-0300 (t)
(202) 514-5238 (f)
Kimberly.Parke@usdoj.gov

Local Counsel:
TIMOTHY VERHEY
U.S. Attorney